UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>IRWIN SHARPFISH, JR.,<br><br>Defendant. | 3:23-CR-30108-ECS<br><br><br>NOT GUILTY BY REASON OF INSANITY VERDICT AND ORDER FOR § 4243 EVALUATION |

On April 13, 2026, this Court conducted a court trial of the case as the Defendant, Irwin Sharpfish, Jr., waived his right to a jury trial. Following receipt of stipulated facts and five exhibits comprising competency and forensic evaluations of Defendant, this Court found Defendant not guilty only be reason of insanity under 18 U.S.C. § 17, in that there was clear and convincing evidence that Defendant, "as a result of a severe mental disease or defect, was unable to appreciate the nature and quality or the wrongfulness of his acts." § 17(a); see United States v. Hiebert, 30 F.3d 1005, 1007 (8th Cir. 1994).

Under 18 U.S.C. § 4243(a), "[i]f a person is found not guilty only by reason of insanity at the time of the offense charged, he shall be committed to a suitable facility until such time as he is eligible for release pursuant to subsection (e)." Section 4243 requires this Court to order a psychiatric of psychological report to be filed with the Court and to conduct a hearing within 40

days of the verdict on whether this Defendant's release "would not create a substantial risk of bodily injury to another person or serious damage of property of another due to a present mental disease or defect." § 4243(b)–(d).

Thus, it is hereby

ORDERED that for the reasons contained in the findings of fact and conclusions of law made orally on the record, the verdict in this case is that Defendant is not guilty only by reason of insanity of Count I of the Indictment. It is further

ORDERED that Defendant Irwin Sharpfish, Jr., under 18 U.S.C. §§ 4243 and 4247(b), is committed to the custody of the Attorney General for a reasonable time not to exceed thirty days (unless extended under § 4247(b)) for the completion of an evaluation and report under § 4247(c) and specifically under § 4247(c)(4)(C) of whether Defendant is suffering from a mental disease or defect as a result of which his release would create a substantial risk of bodily injury to another person or serious damage to property of another, as well as any recommendations for release or conditional release. It is further

ORDERED that the psychiatrist or psychologist who examines Defendant report the results of the examination to the United States District Court for the District of South Dakota, The Honorable Eric C. Schulte, 225 South Pierre Street, Pierre, SD 57501; to Kirk Albertson, Assistant United States Attorney, United States Attorney's Office, PO Box 7240, Pierre, SD 57501, at telephone number (605) 945-4545; and to Edward Albright, Attorney for Irwin Sharpfish, Jr., Office of the Federal Public Defender, Districts of South Dakota and North Dakota, 101 South Pierre Street, Third Floor, Pierre, SD 57501, at telephone number (605) 224-0009. It is further

ORDERED that the examination be done at the Federal Correctional Institution, Englewood, in Littleton, Colorado, where a prior forensic evaluation of Defendant recently occurred.  It is finally

ORDERED that the United States Marshal Service handle the transport of Sharpfish.

DATED this 13th day of April, 2026.

BY THE COURT:

ERIC C. SCHULTE
UNITED STATES DISTRICT JUDGE